UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In The Matter Of:<br><br>THE COMPLAINT OF S.D.S. LUMBER CO., as owner or owner *pro hac vice* and operator of the tug DAUBY, O.N. 641327, for Limitation of Liability,<br><br>Petitioner. | IN ADMIRALTY<br><br>NO. 3:20-cv-05767<br><br>ORDER APPROVING SECURITY SUBMITTED FOR LIMITATION FUND AND COSTS, DIRECTING MONITION AND ISSUING INJUNCTION |

WHEREAS, it satisfactorily appears to the above-entitled Court:

1. That S.D.S. Lumber Co., as owner or owner *pro hac vice* and operator of the tug DAUBY, has duly filed its Complaint for Limitation of Liability within six months of receipt of written claims, therein praying for: (a) the acceptance and approval of the deposit in the amount of $500 for security for costs; (b) the acceptance and approval of the Letter of Undertaking in the amount of $1,762,945.80 as security for the limitation of liability fund; (c) issuance of a Monition to and against all persons claiming damages for any damage, loss, or injury to any person or property arising or resulting from the collision described in the complaint; (d) public notice to all persons of such Monition according to all applicable rules; and (e) issuance of an injunction restraining both the institution and further prosecution of any and all suits or actions or other proceedings of any character whatsoever in any Court whatsoever (excepting this proceeding in this Court) against S.D.S. Lumber Co. based on or connected with any claim or claims directly or indirectly related to the collision described in

ORDER APPROVING SECURITY SUBMITTED FOR LIMITATION FUND AND COSTS, DIRECTING MONITION AND ISSUING INJUNCTION - 1
Case No. 3:20-cv-05767

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

the Complaint including, but not limited to, *Gregory v. S.D.S. Lumber Co. and Gorge Leasing Co.*, Cowlitz County Superior Court No. 20-2-00392-08, including all pending discovery therein pertaining to S.D.S. Lumber Co.; and

    2.    That along with the Complaint, S.D.S. Lumber Co. also filed its Notice of Value, submitted a deposit for costs the sum of $500, and submitted as security for limitation a Letter of Undertaking in the amount of $1,762,945.80.

## ORDER

THEREFORE, on motion on behalf of S.D.S. Lumber Co., appearing through its attorneys of record, Bauer Moynihan & Johnson LLP, this Court hereby enters its order as follows:

    1.    That said Letter of Undertaking in the amount of $1,762,945.80, with interest accrued at 6 percent per annum, as duly filed, be now adjudged in all respects adequate and proper, it is hereby ordered and accepted, subject to further order of this Court, as security for the limitation fund herein;

    2.    That the sum submitted for costs in the amount of $500, as duly filed, be now adjudged in all respects adequate and proper, it is hereby ordered and accepted, subject to further order of this Court, as a deposit for costs herein;

    3.    That a Monition of this Court in due form according to its practices and complying with the applicable Federal Rules of Civil Procedure shall be issued by the Clerk forthwith against all persons claiming damages for any damage, loss, or injury of person or property arising or resulting from the collision described in the complaint, citing them and requiring each of them to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for S.D.S. Lumber Co., Matthew C. Crane and Meliha Jusupovic, Bauer Moynihan & Johnson LLP, 2101 Fourth Avenue, Suite 2400, Seattle, Washington 98121, a copy thereof before or on the return date specified in said Monition being the

ORDER APPROVING SECURITY SUBMITTED FOR LIMITATION FUND AND COSTS, DIRECTING MONITION AND ISSUING INJUNCTION - 2
Case No. 3:20-cv-05767

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

3rd day of August, 2020, or other date not less than thirty (30) days after the issuance of said Monition unless for cause shown the return date is deferred by order of this Court;

4. That public notice of the Monition shall be given by the United States Marshal by publication of such notice once each week for four (4) consecutive weeks before the return date in the Seattle Daily Journal of Commerce as prescribed by Rule F of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and LAR 150;

5. That an injunction is hereby issued prohibiting, restraining, and staying both the institution and the further prosecution of any and all suits or actions or other legal proceedings of any character whatsoever in any court whatsoever (except only in this proceeding and this Court) against S.D.S. Lumber Co. based on or connected with any claim directly or indirectly related to the collision as described in the complaint including, but not limited to, *Gregory v. S.D.S. Lumber Co. and Gorge Leasing Co.*, Cowlitz County Superior Court No. 20-2-00392-08, including any pending discovery therein; and

6. That service of this order as restraining order shall be made within this District in the usual manner and in any other District by delivering a certified copy of this order to the person or persons to be restrained, or to their respective attorneys or representatives.

DATED this 3rd day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPROVING SECURITY
SUBMITTED FOR LIMITATION FUND AND
COSTS, DIRECTING MONITION AND
ISSUING INJUNCTION - 3
Case No. 3:20-cv-05767

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

1  Presented By:

2  BAUER MOYNIHAN & JOHNSON LLP

3  
4  s/ Matthew C. Crane
   Matthew C. Crane, WSBA No. 18003

5  s/ Meliha Jusupovic
   Meliha Jusupovic, WSBA No. 54024
6  Attorneys for petitioner S.D.S. Lumber Co.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER APPROVING SECURITY SUBMITTED FOR LIMITATION FUND AND COSTS, DIRECTING MONITION AND ISSUING INJUNCTION - 4
Case No. 3:20-cv-05767

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400