THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| S.D.S. LUMBER CO.,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KEVIN GREGORY and JACOB GREGORY,<br><br>　　　　　　Claimants. | IN ADMIRALTY<br><br>NO. 3:20-cv-05767-MJP<br><br>STIPULATION AND ORDER REGARDING MOTION BRIEFING SCHEDULE AND RE-NOTING<br><br>**NOTE ON MOTION CALENDAR: MARCH 30, 2021** |

Pursuant to LCR 7(k), petitioner SDS Lumber Co. ("SDS Lumber") and claimants Kevin Gregory and Jacob Gregory ("Claimants"), by and through their respective counsel of record, hereby stipulate and agree as follows regarding the schedule for briefing and re-noting the following pending motions:

　　　1.　　Claimants filed their Motion to Dismiss Amended Complaint for Exoneration From or Limitation of Liability (Dkt. No. 37) on March 11, 2021, and noted the motion for consideration on April 2, 2021.

　　　2.　　SDS Lumber filed a combined Response to Claimants' Motion to Dismiss Amended Complaint and Cross Motion to Dismiss Claimants' Affirmative Defenses Re: Statute of Limitations (Dkt. No. 42) on March 29, 2021, and noted the motion for consideration on April 23, 2021.

　　　3.　　In accordance with LCR 7(l), Claimants' Motion to Dismiss Amended

STIPULATION AND ORDER REGARDING
MOTION BRIEFING SCHEDULE AND RE-
NOTING - 1
No.: 3:20-cv-05767-MJP

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

Complaint for Exoneration From or Limitation of Liability (Dkt. No. 37) shall be re-noted for April 16, 2021, and SDS Lumber's Cross Motion to Dismiss Claimants' Affirmative Defenses Re: Statute of Limitations (Dkt. No. 42) shall also be re-noted for April 16, 2021.

    4.    Under LCR 7(k), the parties agree to the following briefing schedule:

        a.    Claimants shall file and serve a combined Reply in Support of Motion to Dismiss Amended Complaint for Exoneration From or Limitation of Liability, and Response to Cross Motion to Dismiss Claimants' Affirmative Defenses Re: Statute of Limitations, having a maximum of 24 pages, on or before April 12, 2021.

        b.    SDS Lumber shall file and serve a Reply in Support of Cross Motion to Dismiss Claimants' Affirmative Defenses Re: Statute of Limitations, having a maximum of 12 pages, on or before April 16, 2021.

Dated this 30th day of March, 2021.

STACEY & JACOBSEN, PLLC

By: s/ James P. Jacobsen
James P. Jacobsen, WSBA #16331

s/ Joseph S. Stacey
Joseph S. Stacey, WSBA #12840

s/ Nigel T. Stacey
Nigel T. Stacey, WSBA #55458
Attorneys for Claimants Kevin Gregory and Jacob Gregory

Dated this 30th day of March, 2021.

BAUER MOYNIHAN & JOHNSON LLP

s/ Matthew C. Crane
Matthew C. Crane, WSBA No. 18003

s/ Meliha Jusupovic
Meliha Jusupovic, WSBA No. 54024
Attorneys for Petitioner SDS Lumber Co.

STIPULATION AND ORDER REGARDING MOTION BRIEFING SCHEDULE AND RE-NOTING - 2
No.: 3:20-cv-05767-MJP

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

## ORDER

It is so ordered.

Dated this 2nd day of April, 2021.

*[signature]*
Marsha J. Pechman
United States Senior District Judge

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

s/ Matthew C. Crane
Matthew C. Crane, WSBA No. 18003

s/ Meliha Jusupovic
Meliha Jusupovic, WSBA No. 54024
Attorneys for Petitioner SDS Lumber Co.

STIPULATION AND ORDER REGARDING MOTION BRIEFING SCHEDULE AND RE-NOTING - 3
No.: 3:20-cv-05767-MJP

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400