THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF S.D.S. LUMBER CO., AS OWNER OR OWNER *PRO HAC VICE* AND OPERATOR OF THE TUG DAUBY, O.N. 641327, FOR LIMITATION OF LIABILITY | No. 3:20-cv-05767-MJP<br><br>IN ADMIRALTY<br><br>**ORDER GRANTING SPECIFIC RELIEF FROM STAY** |

THIS MATTER having come before the undersigned Judge of the above-entitled Court, upon Claimants' Motion to For Relief from Stay and the Court having received and considered the Motion, any Opposition, and Reply, and the pleadings and papers filed herein.

The injunction issued by this Court prohibiting, restraining, and staying both the institution and further prosecution of any and all suits or actions or legal proceedings of any character against Limitation Plaintiff based on or connected with any claims directly or indirectly related to the collision, ECF No. 7, is hereby LIFTED as follows: Claimants may serve the Summons and Complaint upon Defendant Frank Cornelison. If an Answer is not filed as required by Washington law, the Claimants may file a motion for default. Once service of the Summons and Complaint is perfected and the issues fully joined, the Claimants must seek leave of this Court

**ORDER GRANTING SPECIFIC RELIEF FROM STAY -** 1
No. 3:20-cv-05767-MJP

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

if they seek to take any further action in Kevin Gregory and Jacob Gregory vs. Frank Cornelison.

IT IS SO ORDERED.

DATED this 15th day of April, 2021.

                                     Marsha J. Pechman
                                     United States District Judge

Presented By:

STACEY & JACOBSEN, PLLC

By: _____
James P. Jacobsen, WSBA #16331
jjacobsen@maritimelawyer.us
Joseph S. Stacey, WSBA #12840
jstacey@maritimelawyer.us
Nigel T. Stacey, WSBA #55458
nstacey@maritimelawyer.us
4039 21st Avenue W, Suite 401
Seattle, WA 98199
Phone: 206.282.3100
Attorneys for Claimants, Kevin Gregory and Jacob Gregory

**ORDER GRANTING**
**SPECIFIC RELIEF FROM STAY -**2
No. 3:20-cv-05767-MJP

Stacey & Jacobsen, PLLC
Attorneys at Law
Washington Alaska Oregon
4039 21st Avenue West, Suite 401
Seattle, WA 98199
Telephone (206) 282-3100