| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| S.D.S. LUMBER, CO.,<br><br>               Petitioner,<br><br>   v.<br><br>KEVIN GREGORY and JACOB GREGORY,<br><br>               Claimants. | CASE NO. C20-5767 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY |

This matter comes before the Court on Claimants' stipulated motion to extend the discovery deadline of July 9, 2021. (Dkt. Nos. 66, 67.) The Parties had scheduled a deposition of Captain Frank Cornelison on June 2, but it was rescheduled to accommodate the schedule of Petitioner's counsel, and July 14 was the soonest available date. Finding good cause, the Court GRANTS the motion and ORDERS that discovery be extended through July 14, 2021 so that Captain Cornelison may be deposed.

The clerk is ordered to provide copies of this order to all counsel.

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY - 1

Dated June 17, 2021.

Marsha J. Pechman
United States Senior District Judge