UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.D.S. LUMBER CO., | CASE NO. C20-5767 MJP |
| Petitioner, | MINUTE ORDER |
| v. | |
| KEVIN GREGORY; JACOB GREGORY, | |
| Claimants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Petitioner's motions for partial summary judgment on punitive damages (Dkt. No. 61) and to strike or disregard Claimants' response to motion (Dkt. No. 72) are re-noted for consideration on August 27, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 11, 2021.

MINUTE ORDER - 1

1
2
3
                  <u>Ravi Subramanian</u>
                  Clerk of Court

                  <u>s/Paula McNabb</u>
                  Deputy Clerk

MINUTE ORDER - 2