UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SDS LUMBER CO., | CASE NO. C20-5767 MJP |
| Petitioner, | MINUTE ORDER |
| v. | |
| KEVIN GREGORY; JACOB GREGORY, | |
| Claimants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At the parties' request, the Court re-notes the following motions for consideration on November 8, 2021:

- Petitioner's motion for partial summary judgment on punitive damages, (Dkt. No. 61);
- Claimants' motion for partial summary judgment re Inland Rule violations, (Dkt. No. 73); and

MINUTE ORDER - 1

- Petitioner's motion for partial summary judgment on privity or knowledge, (Dkt. No. 79).

The clerk is ordered to provide copies of this order to all counsel.

Filed November 1, 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 2