1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  SDS LUMBER CO.,

CASE NO. C20-5767 MJP

11              Petitioner,

ORDER DISBURSING SECURITY

12      v.

13  KEVIN GREGORY; JACOB
    GREGORY,

14
              Claimants.
15

16
17
18
19
20
21
22
23
24

The Court currently holds in its registry $500, plus interest, in security submitted by

Petitioner, as required by Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions.  (See Dkt. No. 7.)  This proceeding for limitation of liability was

dismissed after the Parties notified the Court that they had reached a settlement of their claims.

(Dkt. No. 102.)  The Court therefore authorizes and directs the clerk to draw a check on the

funds deposited in the registry of this Court in the principal amount of $500 plus all accrued

interest, minus any statutory users fees, payable to Bauer Moynihan & Johnson LLP In Trust and

ORDER DISBURSING SECURITY - 1

to mail or deliver the check to Bauer Moynihan & Johnson LLP, 2101 Fourth Avenue, Suite 2400, Seattle, WA 98121.  See LCR 67(b).

The clerk is ordered to provide copies of this order to all counsel.

Dated November 19, 2021.

*[Signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER DISBURSING SECURITY - 2